UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:26-cv-01223 FMO (ADS)                    Date:  April 14, 2026

Title:  *Chavez Hernandez Juan v. U.S. Immigration and Customs Enforcement*

Present:  The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins  |  None Reported  |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Petitioner(s): | Attorney(s) Present for Respondent(s): |
| :---: | :---: |
| None Present | None Present |

**Proceedings:**        **(IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING DISMISSAL**

Before the Court is a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (the "Petition") filed by Petitioner Chavez Hernandez Juan.  (Dkt. No. 1.)  On March 18, 2026, the Court ordered Petitioner to file an amended Petition, including the memorandum referenced in the Petition setting forth additional facts, by no later than April 1, 2026.  (Dkt. No. 3.)  The deadline has passed, and Petitioner has not filed an amended Petition or otherwise communicated with the Court.

By no later than April 28, 2026, Petitioner is ordered to show cause in writing why this action should not be dismissed for failure to prosecute the Petition and follow court orders.  Petitioner may respond to this Order by filing an amended Petition, including the memorandum referenced in the Petition setting forth additional facts.

Failure to timely file a response will result in a recommendation that this action be dismissed.  If Petitioner no longer wishes to pursue his claims, he may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a).  The Clerk of Court is directed to attach a Notice of Dismissal Form (CV-009) to this Order for Petitioner's convenience.

**IT IS SO ORDERED.**

Initials of Clerk kh