**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHAVEZ HERNANDEZ JUAN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>　　　　　Respondent. | Case No. ED CV 26-1223 FMO (ADS)<br><br>**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS** |

On March 12, 2026, Chavez Hernandez Juan ("petitioner"), proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Dkt. 1, "Petition"). On March 18, 2026, the assigned magistrate judge ordered petitioner to file an amended petition no later than April 1, 2026. (See Dkt. 3, Court's Order of March 18, 2026, at 2). Petitioner failed to file an amended petition by the deadline. (See, generally, Dkt.). On April 14, 2026, the magistrate judge issued an order to show cause regarding dismissal, directing petitioner to respond in writing no later than April 28, 2026. (See Dkt. 5, Court's Order of April 14, 2026). The magistrate judge also admonished petitioner that "[f]ailure to timely file a response will result in a recommendation that this action be dismissed." (Id.). Petitioner again failed to respond. (See, generally, Dkt.). Accordingly, IT IS ORDERED THAT the above-captioned case is **dismissed without prejudice** for failure to prosecute. Judgment shall be entered accordingly.

Dated this 19th day of May, 2026.

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　United States District Judge