JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHAVEZ HERNANDEZ JUAN,<br><br>                    Petitioner,<br><br>          v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>                    Respondent. | Case No. ED CV 26-1223 FMO (ADS)<br><br>**JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 19th day of May, 2026.


                                                    /s/
                                          Fernando M. Olguin
                                    United States District Judge